DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MONTAVIOUS SANDERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2993

[April 21, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Michael Mirman, Judge; L.T. Case No. 562018CF002976A.

Montavious Sanders, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH, and ARTAU, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***